**EXHIBIT A**

**LabCorp**

# IMPORTANT LABORATORY REMINDER: LABCORP IS THE EXCLUSIVE LABORATORY PROVIDER FOR WELLCARE HEALTH PLANS, INC. IN FLORIDA

## Effective March 1, 2019, LabCorp is the exclusive laboratory provider for WellCare Health Plans, Inc. in Florida. Using an in-network laboratory helps patients maximize their lab benefits and minimize their out-of-pocket expenses.

Members of LabCorp's Specialty Testing Group listed below will also be included as participating laboratories for all individuals with WellCare-administered coverage in Florida.

| | |
|---|---|
| **Colorado Coagulation** | **Litholink** |
| **Dianon Pathology** | **MedTox Laboratories** |
| **Endocrine Sciences** | **Monogram BioSciences** |
| **Integrated Genetics** | **National Genetics Institute** |
| **Integrated Oncology** | **ViroMed** |

LabCorp and its Specialty Testing Group comprise one of the nation's largest clinical and esoteric laboratory networks. While offering the conveniences and personalized services of a local lab, LabCorp also provides the quality, expertise, innovation, and connectivity solutions of a leading national laboratory provider.

### LabCorp offers the following services:

- **Enhanced Test Menu and a Commitment to Scientific Innovation -** A broad test menu and specialized testing laboratories offer you single-source laboratory services. LabCorp's scientific team continually reviews relevant and/or cutting-edge diagnostic technology to provide physicians and patients with the most scientifically advanced testing in the industry.

- **Practice Connectivity Expertise -** A variety of test ordering and result delivery solutions provide the flexibility to meet your needs, including several electronic options:
  - Web-based electronic solutions
  - Bidirectional and Unidirectional interfaces: LabCorp has established interface capabilities with more than 700 EMR and PMS systems
- **Flexible Specimen Pick-up -** LabCorp provides courier service for specimens collected in your office. Pick-up schedules can be customized to meet your office needs.
- **Better Patient Access -** LabCorp operates an extensive patient service center network for convenient patient specimen collection.
  - Many locations offer early morning and Saturday hours
  - Online appointment scheduling is available for additional patient convenience at **Labs & Appointments** on www.LabCorp.com
- **Reliable STAT/Same Day Testing -** LabCorp has local STAT and same day testing capabilities throughout the region.
- **Advanced Anatomic Pathology -** LabCorp, including Integrated Oncology and Dianon, offer full-service subspecialty pathology in the areas of dermatopathology, GI, uropathology, hematopathology, breast, ocular and renal pathology, as well as a comprehensive solid tumor analysis program.

For additional information about LabCorp, including a continually updated list of current and new Patient Service Centers and hours of operation, please visit www.LabCorp.com.

**LabCorp**


WellCare. Beyond Healthcare. A Better You.


Children's Medical Services Health Plan


Staywell


Staywell KID

At LabCorp, our commitment to scientific leadership provides clients with access to industry-leading expertise and the latest developments in medical diagnostics. At the core of LabCorp's approach are its specialized laboratories. Each laboratory has a distinctive, long-standing reputation for innovation and quality.



### Colorado COAGULATION
LabCorp Specialty Testing Group

Colorado Coagulation is an industry leader in hemostasis testing and offers consultative coagulation services.
www.coloradocoagulation.com



### Dianon PATHOLOGY
LabCorp Specialty Testing Group

Dianon Pathology is a leader in full-service, anatomic pathology with expertise in uropathology, dermatopathology, and gastrointestinal pathology.
www.dianon.com



### Endocrine SCIENCES
LabCorp Specialty Testing Group

Endocrine Sciences boasts a 40-year history of performing specialized endocrine testing, including many mass spectrometry assays and extensive age- and gender-related reference intervals.
www.endocrinesciences.com



### Integrated GENETICS
LabCorp Specialty Testing Group

Integrated Genetics is a premier reproductive genetics laboratory with an expansive menu of complex tests. Integrated Genetics' testing spans the continuum of care, ranging from maternal serum screening and prenatal diagnostics to carrier screening and postnatal testing services.
www.integratedgenetics.com



### Integrated ONCOLOGY
LabCorp Specialty Testing Group

Integrated Oncology offers a broad menu of industry-leading tests and services for oncologists and pathologists. Integrated Oncology is a leader in personalized medicine and companion diagnostics with a strong focus on molecular oncology and genetics.
www.integratedoncology.com



### Litholink
LabCorp Specialty Testing Group

Litholink is a premier provider of testing for kidney stone prevention. Litholink also provides clinical decision support and outcome reporting to aid in the management of chronic kidney disease (CKD), cardiovascular disease, and low bone density.
www.litholink.com



### MedTox LABORATORIES
LabCorp Specialty Testing Group

MedTox provides specialized toxicology and medical drug monitoring testing services.
www.medtox.com



### Monogram BIOSCIENCES
LabCorp Specialty Testing Group

Monogram Biosciences develops novel antiviral resistance assays for HIV and hepatitis. Monogram's assays include Trofile® for HIV-1 patients considering CCR5 antagonist therapy and HCV GenoSure® NS3/4A to assess drug resistance for HCV protease inhibitors.
www.monogrambio.com



### National GENETICS INSTITUTE
LabCorp Specialty Testing Group

National Genetics Institute (NGI) provides advanced nucleic acid testing services for blood screening, medical testing, clinical research and genetic analysis.
www.ngi.com

### ViroMed LABORATORIES
LabCorp Specialty Testing Group

ViroMed Laboratories is an FDA-registered laboratory for reproductive, tissue, and blood donor testing.
www.viromed.com



www.LabCorp.com






PRO_28887E State Approved  01/30/2019  ®WellCare 2019
©2019 Laboratory Corporation of America® Holdings  All rights reserved.  L19693-0119-1

FL9PROFLY28887E_0000