UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-80521-Civ-Middlebrooks/Brannon

KAWA ORTHODONTICS LLP,

Plaintiff,

vs.

LABORATORY CORPORATION OF
AMERICA HOLDINGS, et al.,

Defendants.

_____/

ORDER MEMORIALIZING COURT RULINGS
AT DISCOVERY HEARING

THIS CAUSE is before the Court following a Discovery Hearing held on August 21, 2019
on Plaintiff's Motion to Compel Additional Discovery Responses [DE 39].  Having heard from
the parties and for the reasons stated on the record, it is

ORDERED AND ADJUDGED that Plaintiff's Motion to Compel Additional Discovery
Responses [DE 39] is GRANTED.  As agreed upon by the parties at the Discovery Hearing,
Defendants shall provide Plaintiff with answers to Plaintiff's Interrogatory No. 12 and responses
to Plaintiff's Request for Production No. 2 for a sample of 133 of Defendants' customers to be
chosen by Plaintiff's counsel at random.  Defendants shall also provide the same for the five
customers referenced in Defendants' Response in Opposition to Plaintiff's Motion to Compel
Additional Discovery Responses [43].  The additional discovery shall be furnished to Plaintiff on
or before August 29, 2019.

DONE AND ORDERED in Chambers at West Palm Beach in the Southern District of Florida, this 22nd day of August, 2019.

DAVE LEE BRANNON
U.S. MAGISTRATE JUDGE