# EXHIBIT 17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| KAWA ORTHODONTICS LLP, a Florida limited liability partnership, individually and as the representative of a class of similarly-situated persons,<br><br>                  Plaintiff,<br><br>v.<br><br>LABORATORY CORPORATION OF AMERICA HOLDINGS and LABORATORY CORPORATION OF AMERICA, Delaware corporations,<br><br>                  Defendants. | Civil Action No: 9:19-cv-80521-DMM |

## DECLARATION OF DR. ALLYN SEGELMAN

I, Allyn Segelman, declare as follows:

1. I am over 21 years of age and competent to make this declaration.

2. I have personal knowledge of the facts and matters alleged herein and can competently testify to same.

3. I am currently employed by Kawa Orthodontics LLP ("Kawa") as an oral surgeon and have been so employed since 2005.

4. I understand that an issue has arisen in this case as to whether I have "access" to inbound and outgoing faxes for fax number (561) 886-0291. My understanding is that all faxes sent to that fax number are attached to emails and forwarded to specific personnel at Kawa who thus have "access" to those faxes. I am not one of those persons, nor was I within 120 days of when the first fax in this case was sent, which my understanding was on February 6, 2019. Faxes sent to my attention are printed and delivered to me, or are forwarded to me via email after they are reviewed.

5. In order to send a fax regarding patient care, I create the fax and either forward it via email or walk it down to those who have "access" to fax number (561) 886-0291.

6. I have never provided prior express permission to anyone at LabCorp Corporation of America Holdings, or LabCorp Corporation of America ("LabCorp"), to send me fax advertisements.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 31, 2019.

_Allyn E. Segelman DPD SM SM_ (signature)