# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

KAWA ORTHODONTICS LLP, a Florida )
limited liability partnership, individually and )
as the representative of a class of similarly- )
situated persons, )
                                  )

               Plaintiff, )      Civil Action No:  9:19-cv-80521-DMM
                                    )

            v. )
                                      )

LABORATORY CORPORATION OF )
AMERICA HOLDINGS and )
LABORATORY CORPORATION OF )
AMERICA, Delaware corporations, )
                                    )

            Defendants. )

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii), Plaintiff, Kawa Orthodontics LLP, and

Defendants, Laboratory Corporation of America Holdings and Laboratory Corporation of

America, through their undersigned counsel, hereby stipulate to the dismissal of this action with

prejudice.

Dated:  January 9, 2020.

**FOR PLAINTIFF:**

s/ Ryan M. Kelly
Ryan M. Kelly
Florida Bar. No. 90110
ANDERSON + WANCA
3701 Algonquin Road, Suite 500
Rolling Meadows, IL  60008
Telephone:  847/368-1500
Email: rkelly@andersonwanca.com

**FOR DEFENDANTS:**

s/ Matthew C. Luzadder
Matthew C. Luzadder
Florida Bar No. 11286
KELLEY DRYE & WARREN LLP
333 West Wacker Drive, 26th floor
Chicago, Illinois 60606
Facsimile: (312)857-7095
Email: mluzadder@kelleydrye.com

s/ Lauri A. Mazzuchetti
Lauri A. Mazzuchetti (*pro hac vice)*
Whitney M. Smith (*pro hac vice)*
KELLEY DRYE & WARREN LLP
One Jefferson Road, 2nd Floor
Parsippany, New Jersey 07054
Telephone: (973) 503-5900
Email: lmazzuchetti@kelleydrye.com
         wsmith@kelleydrye.com

s/ Robert Steiner
Robert Steiner (*pro hac vice)*
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, NY 10178
Telephone: (212)808-796
Email: rsteiner@kelleydrye.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 9, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

*s/ Ryan M. Kelly*