UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-80521-CV-MIDDLEBROOKS

KAWA ORTHODONTICS LLP,
a Florida limited liability partnership,
individually and as the representative of
a class of similarly-situated persons,

    Plaintiff,

v.

LABORATORY CORPORATION
OF AMERICA HOLDINGS and
LABORATORY CORPORATION
OF AMERICA, Delaware corporations,

    Defendant.
_____/

### ORDER CLOSING CASE

THIS CAUSE comes before the Court upon the Parties' Joint Stipulation for Dismissal with Prejudice, filed on January 9, 2020. (DE 99). The Court congratulates the Parties on their amicable resolution of this matter and notes that pursuant to *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012), the Parties' Stipulation is self-executing and no Order of the Court is required to dismiss this action. Accordingly, it is hereby **ORDERED and ADJUDGED** that:

(1)    The above-styled action is **DISMISSED WITH PREJUDICE.**

(2)    The Clerk of Court shall **CLOSE THIS CASE** and **DENY** all pending motions **AS MOOT.**

(3)    Each party shall bear their own fees and costs.

**SIGNED** in Chambers in West Palm Beach, Florida, this 9 day of January, 2020.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE